

FILED

08/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 11-0765

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 11-0765

FILED

AUG 24 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE APPOINTMENT OF MEMBERS OF
THE ACCESS TO JUSTICE COMMISSION

O R D E R

On September 30, 2021, six of the members' terms on the Access to Justice Commission will expire. Several members have indicated their willingness to serve for a new, three-year term. The Court extends its sincere thanks to Melanie Reynolds and Stuart Segrest for their service on the Commission and to those commissioners who have agreed to extend their service.

With the consent of the appointees,

IT IS HEREBY ORDERED that the following members are appointed to the Commission for a three-year term ending September 30, 2024: Montana Primary Care Association Outreach, Engagement, and Population Health Manager Olivia Ruitta, as a representative of an entity that works with low-income individuals; and Office of Consumer Protection Chief Mark Mattioli, as a representative of the Office of Attorney General.

IT IS FURTHER ORDERED that the following members are reappointed to the Commission for a three-year term ending September 30, 2024: Supreme Court Justice Beth Baker, Alexander Blewett III School of Law Dean Paul F. Kirgis, Eighth Judicial District Judge John Kutzman, and Ed Bartlett.

The Clerk is directed to provide copies of this order to each newly appointed, current, and outgoing member of the ATJC, to the Montana Justice Foundation, and to the State Bar of Montana.

Dated this 24 day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices